

FILED

MAY 27 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–22–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TANA RAE ROMERO and MICHAEL DOUGLAS VOELLER, | |
| Defendant. | |

In the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation. On October 3, 2019, the defendants entered pleas of guilty to count II of the indictment charging them with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. The defendants agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendants plead guilty. By virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

Beginning on March 21, 2020, and ending on April 19, 2020, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- $3,480.00 in United States currency.

The Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made.

Accordingly, IT IS ORDERED that:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 27th day of May, 2020.

*/s/ Dana L. Christensen*

Dana L. Christensen, District Judge
United States District Court